

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D  412-297-4719

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

December 7, 2021

*Via ECF*

The Honorable Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>Pascual v. M1 Holdings, Inc., No. 21-cv-5471</u>

Dear Judge Cronan:

      We represent defendant M1 Holdings, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from December 7, 2021 to January 23, 2022.

      This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

      Sincerely,

      DENTONS COHEN & GRIGSBY P.C.

      */s/ Lucy E. Hill*

      By:  Lucy E. Hill

LEH/chl
Copy to:  All counsel of record (via ECF)

The Court grants the parties' request to stay all case deadlines until January 23, 2022. If the case is not voluntarily dismissed by January 23, 2022, then Plaintiff shall file a letter by that date as outlined in the Court's December 6, 2021 order.  *See* Dkt. 13.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 14.

SO ORDERED.

Date: December 8, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

Davis Brown ▸ East African Law Chambers ▸ Eric Silwamba, Jalasi and Linyama ▸ Durham Jones & Pinegar ▸ LEAD Advogados ▸ Rattagan Macchiavello Arocena ▸ Jiménez de Aréchaga, Viana & Brause ▸ Lee International ▸ Kensington Swan ▸ Bingham Greenebaum ▸ Cohen & Grigsby ▸ Sayarh & Menjra ▸ Larraín Rencoret ▸ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.